**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 18, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-40173
USDC No. C-02-CR-244-1

Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ALEJANDRO AVILA, JR, also known as Gregory Luis Salcedo

Defendant - Appellant

_____

Appeal from the United States District Court
for the Southern of Texas

_____

Before KING, Chief Judge, and HIGGINBOTHAM and WIENER, Circuit
Judges.

PER CURIAM:[*]

Alejandro Avila, Jr.'s, retained attorney, Albert A. Pena,
III, has moved to withdraw as appellate counsel.  Retained counsel
may withdraw at will; therefore, the motion is GRANTED.  As Avila
has not provided this court with any indication that his appeal has

---

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

merit, the APPEAL IS DISMISSED.  5th Cir. R. 42.2